UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID A. COULTER,

        Petitioner,        No. 06-CV-10192-DT

vs.        Hon. Gerald E. Rosen

THOMAS K. BELL,

        Respondent.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND
DISMISSING PLAINTIFF'S HABEAS CORPUS ACTION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on  **July 10, 2008**

PRESENT: Honorable Gerald E. Rosen
                 United States District Judge

This matter having come before the Court on the May 12, 2008 Report and Recommendation of United States Magistrate Judge Paul J. Komives recommending that the Court deny David Coulter's petition for a writ of habeas corpus and, accordingly, dismiss this action, with prejudice; and Petitioner having timely filed Objections to the Report and Recommendation; and the Court having reviewed the Magistrate Judge's Report and Recommendation, the Objections thereto, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, the petition for habeas corpus relief should be dismissed; and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of May 12, 2008 **[Dkt. # 34]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, David A. Coulter's petition for habeas corpus relief be, and hereby is DENIED and this case, accordingly is DISMISSED, with prejudice.

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated: July 10, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 10, 2008, by electronic and/or ordinary mail.

s/V. Sims for LaShawn R. Saulsberry
Case Manager